[979 NE2d 799, 955 NYS2d 540]

In the Matter of JERRY DELAKAS, Appellant, v JONATHAN MINTZ, in His Capacity as Commissioner of the New York City Department of Consumer Affairs, Respondent.

Decided October 23, 2012

**APPEARANCES OF COUNSEL**

*Santamarina & Associates*, New York City (*Gil Santamarina* of counsel), for appellant.

*Proskauer Rose LLP*, New York City (*Alyse Fiori* of counsel), and *Michael A. Cardozo, Corporation Counsel* (*Elizabeth S. Natrella* of counsel) for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

The determination of the New York City Department of Consumer Affairs to deny petitioner's license to operate a newsstand

because petitioner was not financially dependent on the licensee within the meaning of 6 RCNY 2-64 (a) (12) had a rational basis and was not arbitrary or capricious.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.